IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOVAN LAPORSEK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:18-cv-527 |
| | ) | |
| CHRISTOPHER BURRESS, et. al. | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| Defendant. | ) | |

## **ORDER**

For the reasons set forth in the court's contemporaneous memorandum opinion, it is hereby ORDERED that defendant Christopher Burress's motion for partial summary judgment (Dkt. No. 81) is DENIED. It is further ORDERED that plaintiff Jovan Laporsek's motion for partial summary judgment (Dkt. No. 62) is hereby GRANTED.

The clerk is directed to provide copies of this order and the memorandum opinion to all counsel of record.

Entered: December 10, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge